637

**Esteban ALVAREZ, Plaintiff–
Appellant,**

v.

**J. ENRIQUEZ, et al., Defendants–
Appellees.**

No. 11–3636.

United States Court of Appeals,
Seventh Circuit.

Submitted May 30, 2012.

Decided June 4, 2012.

Esteban Alvarez, Chicago, IL, pro se.

Jonathon D. Byrer, Attorney, City of
Chicago Law Department, Chicago, IL, for
Defendants–Appellees.

Before RICHARD D. CUDAHY, Circuit
Judge, JOEL M. FLAUM, Circuit Judge
and JOHN DANIEL TINDER, Circuit
Judge.

**ORDER**

Esteban Alvarez sued the City of Chica-
go and two Chicago police officers for false
arrest, excessive force, and malicious pros-
ecution. *See* 42 U.S.C. § 1983. After a
trial, where Alvarez was represented by
counsel, a jury ruled for the defendants.

Alvarez's pro se brief on appeal is diffi-
cult to understand and may even run afoul
of a Federal Rule of Appellate Procedure
because it lacks a statement of facts with
citations to the record. *See* FED. R.APP. P.
28(a)(7). But based on a liberal construc-
tion of his filings *see Anderson v. Hard-
man,* 241 F.3d 544, 545 (7th Cir.2001),
including his notice of appeal and reply
brief, we understand him to attack the
jury's verdict as contrary to the weight of
the evidence. Alvarez, however, has not
supplied a transcript of the trial proceed-
ings to support his claim, thus leaving us
without a basis to evaluate the evidence or
meaningfully review his claim; the claim is
therefore forfeited. *See* FED. R.APP. P.
10(b)(2); *Morisch v. United States,* 653
F.3d 522, 529 (7th Cir.2011); *RK Co. v.
See,* 622 F.3d 846, 853 (7th Cir.2010).

DISMISSED.